**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 503 MAL 2018
                              :
         Respondent         :
                              :     Petition for Allowance of Appeal from
                              :     the Order of the Superior Court
         v.                    :
                              :
                              :
EUGENE J. PARLANTI,          :
                              :
         Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.